UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETER FISCHER,<br><br>  Plaintiff,<br><br>  v.<br><br>LUMO BODYTECH, INC.,<br><br>  Defendant. | Case No. 5:15-cv-05319 NC<br><br>**ORDER AFTER CASE MANAGEMENT CONFERENCE** |

On February 24, 2016 a case management conference was held in Courtroom 7 of this Court, Magistrate Judge Nathanael Cousins presiding.  Plaintiff Peter Fischer appeared by telephone conference, and James M. Chadwick of Sheppard, Mullin, Richter & Hampton LLP appeared as counsel for defendant Lumo Bodytech, Inc. ("Lumo").  Among other matters addressed, the Court adopted a schedule for the exchange of certain patent disclosures required by the Patent Local Rules of the United States District Court for the Northern District of California.  This order supplements (and does not replace) the Court's Case Management Scheduling Order of February 25, 2016.

NOW, THEREFORE, it is ordered as follows:

1. Defendant will respond to the requests for admission previously propounded by Plaintiff on or before the deadline for doing so pursuant to the Federal Rules of Civil Procedure.  Plaintiff will respond to any requests for admission propounded by Defendant in accordance with the Federal Rules of Civil Procedure.  All other discovery is stayed pending completion of early neutral evaluation.

2. Plaintiff is granted leave to file an amended complaint, and must do so by no later than March 25, 2016.

1    3.   Plaintiff shall provide his Asserted Claims and Infringement Contentions and
2 related documents in accordance with Patent Local Rule 3-1 within 14 days of filing and service of
3 his amended complaint.
4    4.   The parties will exchange Proposed Terms for Construction in accordance with
5 Patent Local Rule 4-1 within 14 days after Plaintiff provides his Asserted Claims and
6 Infringement Contentions.
7    5.   The parties will exchange their Preliminary Claim Constructions and Extrinsic
8 Evidence in accordance with Patent Local Rule 4-2 within 21 days after the exchange of the
9 Proposed Terms.
10   **IT IS SO ORDERED.**
11 Dated:     February 29, 2016

_____
Magistrate Judge Nathanael Cousins
United States District Court
Northern District Of California