United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FISCHER<br><br>    Plaintiff,<br><br>   v.<br><br>LUMO BODYTECH INC.,<br><br>    Defendant. | Case No. 15-cv-05319-NC<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: June 7, 2016<br>ENE Evaluator: Brandon Baum |

IT IS HEREBY ORDERED that the request to excuse plaintiff Peter Fischer from appearing in person at the June 7, 2016, ENE before Brandon Baum is DENIED. The plaintiff shall appear in person for the ENE session.

**IT IS SO ORDERED**.

Dated: May 20, 2016

_____
Maria-Elena James
United States Magistrate Judge